COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:          In re State Farm Mutual Automobile Insurance Company

Appellate case number:     01-22-00619-CV

Trial court case number:     20-DCV-278448

Trial court:                          458th District Court of Fort Bend County

Relator, State Farm Mutual Automobile Insurance Company, filed a petition for writ of mandamus in this Court, arguing that the trial court abused its discretion by denying State Farm's "Motion to Quash, Objection, and Motion for Protective Order," in connection with three depositions noticed by real party in interest, Willem Ghijsen. The August 10, 2022 order challenged by State Farm was signed by the Honorable Robert Rolnick. Judge Rolnick has ceased to hold the office of judge of the 458th District Court of Fort Bend County, Texas.

Pursuant to Texas Rule of Appellate Procedure 7.2, the Honorable Chad Bridges is substituted for the Honorable Robert Rolnick as the respondent in this original proceeding. *See* TEX. R. APP. P. 7.2(a). Further, this original proceeding for petition of writ of mandamus is abated and remanded to the trial court to allow Judge Bridges to reconsider the ruling made the basis of State Farm's petition. *See* TEX. R. APP. P. 7.2(b) ("If the case is an original proceeding under Rule 52, the court must abate the proceeding to allow the successor to reconsider the original party's decision.").

Within thirty days of the date of this order, the parties are directed to notify the Clerk of this Court of any action taken on reconsideration of the rulings made the basis of State Farm's petition and file any orders regarding reconsideration of those rulings in a supplemental mandamus record. The Court will then consider a motion to reinstate or motion to dismiss this proceeding, as appropriate.

This original proceeding is **abated**, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature: _____/s/ Amparo Guerra_____
                       ☑ Acting individually    ☐ Acting for the Court

Date: ___February 2, 2023____